

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NESTOR JESUS MOREIRA OSTAIZA, <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER LaROSE, Warden, <br><br> Respondent. | Case No.:  26-cv-2066-RSH-MSB <br><br> **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

On April 1, 2026, petitioner Nestor Jesus Moreira Ostaiza filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1.

Title 28 of the U.S. Code, Section 2241, provides that "[w]rits of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions." 28 U.S.C. § 2241(a). A detainee bears the burden of demonstrating that "[h]e is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). Rule 4 of the Rules Governing Section 2254 Cases in the U.S. District Courts (the "Habeas Rules") requires summary dismissal of a federal habeas petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." *See also* Habeas Rule 1(b) (permitting district courts to apply Habeas Rules to Section 2241 habeas

1

26-cv-2066-RSH-MSB

proceedings); *Lane v. Feather*, 584 F. App'x 843, 843 (9th Cir. 2014) (affirming district court's application of Habeas Rule 4 to dismiss Section 2241 petition).

It plainly appears from the face of the petition that Petitioner has not established that "[h]e is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). Petitioner requests his release, but presents no legal basis for his claim. Accordingly, the Petition is **DISMISSED**. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 2, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-2066-RSH-MSB